Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gina Dagostino, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>    vs.<br><br>**CARRINGTON MORTGAGE SERVICES, LLC, and Does 1-10, inclusive,**<br><br>**Defendants.**<br> s | Case No.  5:21-cv-00238-JWH-KK<br><br>JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLASS |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Plaintiff and without prejudice as to the putative Class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 10th Day of June, 2021,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Stipulation to Dismiss- 1

                AKERMAN LLP
          By: s/ Alejandro P. Pacheco, Esq.
           ALEJANDRO P. PACHECO
           Attorneys for Defendant

Filed electronically on this 10th Day of June, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John W. Holcomb
United States District Court
Central District of California

And all counsel registered on ECF.

This 10th Day of June, 2021.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN